1  Tuan Uong (SBN 272447)
   Email:    tuong@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue
3  Suite 2900
   Los Angeles, CA  90071-1514
4  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
5
   Le T. Duong (SBN 297662)
6  Email:    lduong@reedsmith.com
   REED SMITH LLP
7  101 Second Street
   Suite 1800
8  San Francisco, CA  94105-3659
   Telephone: +1 415 543 8700
9  Facsimile: +1 415 391 8269

10 Attorneys for Defendant
   Credit One Bank, N.A.
11

12                 UNITED STATES DISTRICT COURT

13      EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

14

15 JUSTIN REDFEARN,                    CASE NO. 2:18-cv-01134-JAM-CKD

16              Plaintiff,
                                       **DEFENDANT CREDIT ONE BANK, N.A.'S**
17      v.                             **ANSWER TO PLAINTIFF'S COMPLAINT**

18 Equifax, Inc.; Credit One Bank, N.A., and
19 DOES 1 through 100 inclusive,
                                       Compl. Filed:      May 8, 2018
20              Defendants.
                                       Honorable John A. Mendez
21                                     Honorable Carolyn K. Delaney

22

23

24

25

26

27

28

*(left margin)* REED SMITH LLP — A limited liability partnership formed in the State of Delaware

COMES NOW Defendant Credit One Bank, N.A. ("Credit One") by and through its undersigned counsel and files its Answer to the Complaint for Damages ("Complaint") filed by Plaintiff Justin Refearn ("Plaintiff"):

## INTRODUCTION

1.       In response to paragraph 1 of the Complaint, Credit One admits that the allegations contained therein appear to allege claims under the federal Fair Credit Reporting Act ("FCRA") Credit One denies that it has violated the FCRA, and denies that it is liable to Plaintiff for any alleged damages. As to the allegations in paragraph 1 that relate to the other defendants, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 1 of the Complaint.

2.       In response to paragraph 2 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 2 of the Complaint.

3.       In response to paragraph 3 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 3 of the Complaint.

4.       In response to paragraph 4 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 4 of the Complaint.

5.       In response to paragraph 5 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 5 of the Complaint.

6.       In response to paragraph 6 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 6 of the Complaint.

7.       In response to paragraph 7 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

basis, denies generally and specifically, each and every allegation contained in paragraph 7 of the Complaint.

8.      In response to paragraph 8 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 8 of the Complaint.

9.      In response to paragraph 9 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 9 of the Complaint.

10.      In response to paragraph 10 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 10 of the Complaint.

11.      In response to paragraph 11 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 11 of the Complaint.

12.      In response to paragraph 12 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 12 of the Complaint.

## JURISDICTION & VENUE

13.      In response to paragraph 13 of the Complaint, Credit One hereby repeats and incorporates by reference its responses to paragraphs 1 through 12 as if fully set forth herein.

14.      In response to paragraph 14 of the Complaint, Credit One admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 and 28 U.S.C. §§ 1331, 1337, and 1367.  Credit One states this is a legal conclusion which is not subject to denial or admission.

15.      In response to paragraph 15 of the Complaint, Credit One admits that Plaintiff has alleged venue is proper.  Credit One states this is a legal conclusion which is not subject to denial or admission.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## GENERAL ALLEGATIONS

16.     In response to paragraph 16 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 16 of the Complaint..

17.     In response to paragraph 17 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 17 of the Complaint.

18.     In response to paragraph 18 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 18 of the Complaint.

19.     In response to paragraph 19 of the Complaint, Credit One denies each and every allegation contained therein that relates to Credit One.  As to the allegations in paragraph 19 of the Complaint which relate to other defendants, Credit One is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every remaining allegation contained in paragraph 19 of the Complaint.

20.     In response to paragraph 20 of the Complaint, Credit One denies each and every allegation contained therein that relates to Credit One.  As to the allegations in paragraph 20 of the Complaint which relate to other defendants, Credit One is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every remaining allegation contained in paragraph 20 of the Complaint.

21.     In response to paragraph 21 of the Complaint, Credit One denies each and every allegation contained therein that relates to Credit One.  As to the allegations in paragraph 21 of the Complaint which relate to other defendants, Credit One is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every remaining allegation contained in paragraph 21 of the Complaint.

**FICO, Inc.**

22.     In response to paragraph 22 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

basis, denies generally and specifically, each and every allegation contained in paragraph 22 of the Complaint.

23.     In response to paragraph 23 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 23 of the Complaint.

24.     In response to paragraph 24 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 24 of the Complaint.

25.     In response to paragraph 25 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 25 of the Complaint.

26.     In response to paragraph 26 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 26 of the Complaint.

27.     In response to paragraph 27 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 27 of the Complaint.

28.     In response to paragraph 28 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 28 of the Complaint.

29.     In response to paragraph 29 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 29 of the Complaint.

30.     In response to paragraph 30 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

basis, denies generally and specifically, each and every allegation contained in paragraph 30 of the Complaint.

31.     In response to paragraph 31 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 31 of the Complaint.

32.     In response to paragraph 32 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 32 of the Complaint.

33.     In response to paragraph 33 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 33 of the Complaint.

34.     In response to paragraph 34 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 34 of the Complaint.

35.     In response to paragraph 35 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 35 of the Complaint.

36.     In response to paragraph 36 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 36 of the Complaint.

37.     In response to paragraph 37 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 37 of the Complaint.

38.     In response to paragraph 38 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

basis, denies generally and specifically, each and every allegation contained in paragraph 38 of the Complaint.

**Metro 2**

39.     In response to paragraph 39 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 39 of the Complaint.

40.     In response to paragraph 40 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 40 of the Complaint.

41.     In response to paragraph 41 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 41 of the Complaint.

42.     In response to paragraph 42 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 42 of the Complaint.

43.     In response to paragraph 43 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 43 of the Complaint.

44.     In response to paragraph 44 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 44 of the Complaint.

45.     In response to paragraph 45 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 45 of the Complaint.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

46.     In response to paragraph 46 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 46 of the Complaint.

47.     In response to paragraph 47 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 47 of the Complaint.

48.     In response to paragraph 48 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 48 of the Complaint.

49.     In response to paragraph 49 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 49 of the Complaint.

50.     In response to paragraph 50 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 50 of the Complaint.

51.     In response to paragraph 51 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 51 of the Complaint.

52.     In response to paragraph 52 of the Complaint, Credit One admits the existence of Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 52 of the Complaint.

**e-OSCAR**

53.     In response to paragraph 53 of the Complaint, Credit One admits the existence of e-Oscar and Metro-2, but otherwise does not have knowledge or information sufficient to form a belief

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 53 of the Complaint.

54.    In response to paragraph 54 of the Complaint, Credit One admits the existence of ACDV and e-Oscar, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 54 of the Complaint.

55.    In response to paragraph 55 of the Complaint, Credit One admits the existence of ACDV and Metro-2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 55 of the Complaint.

**Bankruptcy Credit Reporting Industry Standards & Consumer Information Indicator**

56.    In response to paragraph 56 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 56 of the Complaint.

57.    In response to paragraph 57 of the Complaint, Credit One admits the existence of Metro 2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 57 of the Complaint.

58.    In response to paragraph 58 of the Complaint, Credit One admits the existence of Metro 2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 58 of the Complaint.

59.    In response to paragraph 59 of the Complaint, Credit One admits the existence of Metro 2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 59 of the Complaint.

60.    In response to paragraph 60 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 60 of the Complaint.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

61.     In response to paragraph 61 of the Complaint, Credit One admits the existence of Metro 2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 61 of the Complaint.

62.     In response to paragraph 62 of the Complaint, Credit One admits the existence of Metro 2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 62 of the Complaint.

63.     In response to paragraph 63 of the Complaint, Credit One admits the existence of Metro 2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 63 of the Complaint.

64.     In response to paragraph 64 of the Complaint, Credit One admits the existence of Metro 2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 64 of the Complaint.

65.     In response to paragraph 65 of the Complaint, Credit One admits the existence of Metro 2, but otherwise does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 65 of the Complaint.

66.     In response to paragraph 66 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 66 of the Complaint.

67.     In response to paragraph 67 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 67 of the Complaint.

68.     In response to paragraph 68 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 68 of the Complaint.

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

69.      In response to paragraph 69 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 69 of the Complaint.

70.      In response to paragraph 70 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 70 of the Complaint.

71.      In response to paragraph 71 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 71 of the Complaint.

72.      In response to paragraph 72 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 72 of the Complaint.

73.      In response to paragraph 73 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 73 of the Complaint.

74.      In response to paragraph 74 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 74 of the Complaint.

**Plaintiff's Bankruptcy Filing**

75.      In response to paragraph 75 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 75 of the Complaint.

76.      In response to paragraph 76 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

basis, denies generally and specifically, each and every allegation contained in paragraph 76 of the Complaint.

77.     In response to paragraph 77 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 77 of the Complaint.

78.     In response to paragraph 78 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 78 of the Complaint.

79.     In response to paragraph 79 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 79 of the Complaint.

80.     In response to paragraph 80 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 80 of the Complaint.

81.     In response to paragraph 81 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 81 of the Complaint.

82.     In response to paragraph 82 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 82 of the Complaint.

83.     In response to paragraph 83 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 83 of the Complaint.

84.     In response to paragraph 84 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

basis, denies generally and specifically, each and every allegation contained in paragraph 83 of the Complaint.

**Inaccuracy – Credit One**

85.     In response to paragraph 85 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 85 of the Complaint.

86.     In response to paragraph 86 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 86 of the Complaint.

87.     In response to paragraph 87 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 87 of the Complaint.

88.     In response to paragraph 88 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 88 of the Complaint.

89.     In response to paragraph 89 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 89 of the Complaint.

90.     In response to paragraph 90 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 90 of the Complaint.

**Willfulness**

91.     In response to paragraph 91 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 91 of the Complaint.

92.     In response to paragraph 92 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 92 of the Complaint.

93.     In response to paragraph 93 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 93 of the Complaint.

94.     In response to paragraph 94 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 94 of the Complaint.

95.     In response to paragraph 95 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

basis, denies generally and specifically, each and every allegation contained in paragraph 95 of the Complaint.

96.     In response to paragraph 96 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 96 of the Complaint.

97.     In response to paragraph 97 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 97 of the Complaint.

98.     In response to paragraph 98 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 98 of the Complaint.

**Damages**

99.     In response to paragraph 99 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 99 of the Complaint.

100.    In response to paragraph 100 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 100 of the Complaint.

101.    In response to paragraph 101 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 101 of the Complaint.

102.    In response to paragraph 102 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 102 of the Complaint.

103.    In response to paragraph 103 of the Complaint, Credit One states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Credit One denies each and every allegation contained therein.

## <u>FIRST CAUSE OF ACTION</u>
(Violation of Fair Credit Reporting Act 15 U.S.C. § 168le(b))
Against Defendants and Does 1-100)

**Equifax, Inc. – Failure to Assure Credit Reporting Accuracy.**

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

104.     In response to paragraph 104 of the Complaint, Credit One hereby repeats and incorporates by reference its responses to paragraphs 1 through 103 as if fully set forth herein.

105.     In response to paragraph 105 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 105 of the Complaint.

106.     In response to paragraph 106 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 106 of the Complaint.

107.     In response to paragraph 107 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 107 of the Complaint.

**Willfulness**

108.     In response to paragraph 108 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 108 of the Complaint.

109.     In response to paragraph 109 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 109 of the Complaint.

110.     In response to paragraph 110 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 110 of the Complaint.

111.     In response to paragraph 111 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 111 of the Complaint.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

112.     In response to paragraph 112 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 112 of the Complaint.

113.     In response to paragraph 113 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 113 of the Complaint.

114.     In response to paragraph 114 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 114 of the Complaint.

115.     In response to paragraph 115 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 115 of the Complaint.

116.     In response to paragraph 116 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 116 of the Complaint.

117.     In response to paragraph 117 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 117 of the Complaint.

118.     In response to paragraph 118 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 118 of the Complaint.

119.     In response to paragraph 119 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 119 of the Complaint.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SECOND CAUSE OF ACTION**
(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681s-2(b))
Against Defendants and Does 1-100)

**Credit One – Failure to Investigate**

120.    In response to paragraph 120 of the Complaint, Credit One hereby repeats and incorporates by reference its responses to paragraphs 1 through 119 as if fully set forth herein.

121.    In response to paragraph 121 of the Complaint, Credit One states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Credit One denies each and every allegation contained therein.

122.    In response to paragraph 122 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 122 of the Complaint.

123.    In response to paragraph 123 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 123 of the Complaint.

124.    In response to paragraph 124 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 124 of the Complaint.

125.    In response to paragraph 125 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 125 of the Complaint.

126.    In response to paragraph 126 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 126 of the Complaint.

127.    In response to paragraph 127 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 127 of the Complaint.

128.    In response to paragraph 128 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 128 of the Complaint.

129.    In response to paragraph 129 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 129 of the Complaint.

130.    In response to paragraph 130 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 130 of the Complaint.

131.    In response to paragraph 131 of the Complaint, Credit One denies, generally and specifically, each and every allegation contained in paragraph 131 of the Complaint.

**Equifax, Inc. – Failure to Reinvestigate Disputed Information**

132.    In response to paragraph 132 of the Complaint, Credit One hereby repeats and incorporates by reference its responses to paragraphs 1 through 131 as if fully set forth herein.

- 16 -

133.    In response to paragraph 133 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 133 of the Complaint.

134.    In response to paragraph 134 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 134 of the Complaint.

135.    In response to paragraph 135 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 135 of the Complaint.

136.    In response to paragraph 136 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 136 of the Complaint.

137.    In response to paragraph 137 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 137 of the Complaint.

138.    In response to paragraph 138 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 138 of the Complaint..

139.    In response to paragraph 139 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 139 of the Complaint.

140.    In response to paragraph 140 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 140 of the Complaint.

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

141.     In response to paragraph 141 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 141 of the Complaint.

142.     In response to paragraph 142 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 142 of the Complaint.

143.     In response to paragraph 143 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 143 of the Complaint.

144.     In response to paragraph 144 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 144 of the Complaint.

145.     In response to paragraph 145 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 145 of the Complaint.

146.     In response to paragraph 146 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 146 of the Complaint.

147.     In response to paragraph 147 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 147 of the Complaint.

148.     In response to paragraph 148 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 148 of the Complaint.

**THIRD CAUSE OF ACTION**
(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681i(a)(4)
Against Defendants and Does 1-100)

**Equifax, Inc. – Failure to Review and Consider All Relevant Information.**

149.    In response to paragraph 149 of the Complaint, Credit One hereby repeats and incorporates by reference its responses to paragraphs 1 through 148 as if fully set forth herein.

150.    In response to paragraph 150 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 150 of the Complaint.

151.    In response to paragraph 151 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 151 of the Complaint.

152.    In response to paragraph 152 of the Complaint, Credit One denies each and every allegation contained therein that relates to Credit One.  As to the allegations in paragraph 152 of the Complaint which relate to other defendants, Credit One is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every remaining allegation contained in paragraph 152 of the Complaint.

153.    In response to paragraph 153 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 153 of the Complaint.

154.    In response to paragraph 154 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 154 of the Complaint.

**FOURTH CAUSE OF ACTION**
(Violation of Fair Credit Reporting Act 15 U.S.C. § 1681i(a)(5)(A))
Against Defendants and Does 1-100)

**Equifax, Inc. – Failure to Delete Disputed and Inaccurate Information.**

155.    In response to paragraph 155 of the Complaint, Credit One hereby repeats and incorporates by reference its responses to paragraphs 1 through 154 as if fully set forth herein.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

156. In response to paragraph 156 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 156 of the Complaint.

157. In response to paragraph 157 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 157 of the Complaint.

158. In response to paragraph 158 of the Complaint, Credit One denies each and every allegation contained therein that relates to Credit One. As to the allegations in paragraph 158 of the Complaint which relate to other defendants, Credit One is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every remaining allegation contained in paragraph 158 of the Complaint.

159. In response to paragraph 159 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 159 of the Complaint.

160. In response to paragraph 160 of the Complaint, Credit One is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies generally and specifically, each and every allegation contained in paragraph 160 of the Complaint.

### RESPONSE TO PRAYER FOR RELIEF

Credit One denies that Plaintiff is entitled to any damages against Credit One as set forth in her prayer for relief.

### TRIAL BY JURY

Credit One admits that Plaintiff has demanded trial by jury.

### AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to the Complaint, Credit One alleges the following distinct affirmative defenses, without conceding that Credit One bears the burden of proof or persuasion as to any of them:

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO STATE A CLAIM AGAINST CREDIT ONE)**

The Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a cause of action against Credit One and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from Credit One.

**SECOND AFFIRMATIVE DEFENSE**

**(IMMUNITY)**

Plaintiff's claims are barred as against Credit One by the qualified immunity of 15 U.S.C. § 1681h(e).

**THIRD AFFIRMATIVE DEFENSE**

**(WAIVER)**

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

**(TRUTH/ACCURACY)**

Plaintiff's claims are barred as against Credit One because all information Credit One communicated to any third person regarding Plaintiff was true.

**FIFTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE DAMAGES)**

Plaintiff has failed to mitigate his damages.

**SIXTH AFFIRMATIVE DEFENSE**

**(LACHES)**

The Complaint and each claim for relief therein is barred by laches.

**SEVENTH AFFIRMATIVE DEFENSE**

**(CONTRIBUTORY/COMPARATIVE FAULT)**

Credit One is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Credit One.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## EIGHTH AFFIRMATIVE DEFENSE

## (ESTOPPEL)

Any damages that Plaintiff may have suffered, which Credit One continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages whatsoever as against Credit One.

## NINTH AFFIRMATIVE DEFENSE

## (STATUTE OF LIMITATIONS)

Credit One is informed and believes and thereon alleges that all of Plaintiff's claims are barred by all applicable statutes of limitations, including but not limited to 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE

## (INTERVENING CAUSE)

Plaintiff's alleged damages, which Credit One continues to deny, were not caused by Credit One but by an independent intervening cause, including but not limited to accurate negative information regarding Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

## (UNCLEAN HANDS)

The Complaint and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## TWELFTH AFFIRMATIVE DEFENSE

## (INDEMNIFICATION)

Credit One is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Credit One had neither control nor responsibility.

## THIRTEENTH AFFIRMATIVE DEFENSE

## (INNOCENT MISTAKE/BONA FIDE ERROR)

Any alleged acts or omissions of Credit One giving rise to the claims of Plaintiff, if any, are the result of innocent mistake and/or bona fide error despite reasonable procedures implemented by

Credit One. Credit One, at all times acted in a reasonable manner in connection with the transactions at issue in this action.

**FOURTEENTH AFFIRMATIVE DEFENSE**
**(RIGHT TO COMPEL ARBITRATION)**

Credit One reserves its right compel arbitration of this matter, pursuant to the relevant agreement(s).

**FIFTEENTH AFFIRMATIVE DEFENSE**
**(IMPROPER REQUEST FOR PUNITIVE DAMAGES)**

Plaintiff's Complaint does not allege factual allegations sufficient to rise to the level of conduct required to recover punitive damages as Credit One's alleged actions were not done knowingly and/or willfully, and thus all requests for punitive damages are improper.

**SIXTEENTH AFFIRMATIVE DEFENSE**
**(RIGHT TO ASSERT ADDITIONAL DEFENSES)**

Credit One reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Credit One prays as follows:

1. That Plaintiff takes nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

2. For costs of suit and attorneys' fees herein incurred; and

3. For such other and further relief as this Court may deem just and proper.

DATED:  June 21, 2018          REED SMITH LLP


By:   /s/ Le T. Duong
    Le T. Duong
    *Attorney for Defendant*
    Credit One Bank, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DEFENDANT CREDIT ONE BANK, N.A.'S ANSWER TO PLAINTIFF'S COMPLAINT